FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 06, 2026

SEAN F. MCAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| WASHINGTON CITIES INSURANCE AUTHORITY, a Washington interlocal municipal corporation as subrogee for CITY OF WENATCHEE, a Washington Municipal Corporation,<br>Plaintiff,<br><br>v.<br><br>DANILE OROSZ, an individual, and HEARTLAND EXPRESS, INC. OF IOWA, a foreign corporation,<br>Defendant. | No. 2:25-CV-00231-MKD<br><br>ORDER OF DISMISSAL<br><br>**ECF No. 27** |

Before the Court is the parties' Stipulated of Dismissal with Prejudice, ECF No. 27. The parties stipulate to the dismissal of all claims with prejudice and without an award of costs or fees. *Id.* at 1. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and LCivR 41(a)(1)(B), a plaintiff may dismiss an action without court order by filing a stipulation of dismissal signed by all parties who have appeared. The Stipulated Motion of Dismissal is signed by all parties who have appeared.

Accordingly, **IT IS HEREBY ORDERED:**

1. The parties' Stipulated of Dismissal with Prejudice, **ECF No. 27**, is **GRANTED.**

2. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and the parties' stipulation, all claims are **DISMISSED with prejudice**, without an award of fees or costs.

3. Any pending motions are **DENIED as moot**.

4. All hearings and other deadlines are **STRICKEN**.

**IT IS SO ORDERED.** The District Court Executive is directed to file this Order, provide copies to counsel, and **CLOSE** the file.

DATED October 6, 2026.

*s/Mary K. Dimke*
MARY K. DIMKE
UNITED STATES DISTRICT JUDGE